UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**J.T. SHANNON LUMBER COMPANY, INC.,**

    **Plaintiff/Counter-Defendant,**

**v.**                                           **No. 2:07-cv-02847-JPM-tmp**

**RICHARD BARRETT,**

    **Defendant/Counter-Plaintiff.**

---

**J.T. SHANNON LUMBER COMPANY INC.'S SPECIAL JURY INSTRUCTION
SUBMITTED AUGUST 24, 2010**

---

Nominal Damages Jury Instruction

If you find that Barrett breached his Employment Contract with J.T. Shannon then nominal damages are presumed. The purpose of nominal damages is to recognize a legal right. Where there is a breach of contract, but even when no actual damages have been proven, Shannon is entitled to nominal damages.

*Bradford & Carson v. Montgomery Furniture Co.,* 92 S.W. 1104 (1906); *Morristown Lincoln-Mercury, Inc. v. Roy N. Lotspeich Publishing Co.,* 298 S.W.2d 788 (1956); *Womack v. Ward,* 186 S.W.2d 619 (Tenn. Ct. App. 1944).

                                                  Respectfully submitted,

                                                  **GLANKLER BROWN, PLLC**

                                                  By:   /s/Oscar C. Carr, III
                                                         Oscar C. Carr, III (#4779)
                                                         Mark C. Hill (#27740)
                                                         Oscar C. Carr, IV (#26232)

                                                  1700 One Commerce Square

Memphis, Tennessee  38103
(901) 525-1322 Telephone
(901) 525-2389 Facsimile
Emails:	ocarr@glankler.com
	mhill@glankler.com
	ocarriv@glankler.com

*Attorneys for J.T. Shannon Lumber Company, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record, via the Court's electronic filing system, on this the 24th day of August, 2010:

John Wade Simmons
Paul E. Prather
Brenda R. Nelson
Nicole H. Bermel
KIESEWETTER, WISE, KAPLAN & PRATHER, PLC
Suite 3000
3725 Champion Hills Drive
Memphis, Tennessee  38125

Lucian T. Pera
Brian S. Faughnan
ADAMS & REESE, LLP
Brinkley Plaza, Suite 700
80 Monroe Avenue
Memphis, Tennessee  38103

/s/Oscar C. Carr, III

\

4852-7261-2103, v.  1