# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| J.T. SHANNON LUMBER, CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  07-2847-JPM/tmp |
| | ) | |
| RICHARD BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED JURY VERDICT FORM – PUNITIVE DAMAGES

We, the jury in the above entitled action, find the following special verdict on the following questions submitted to us with respect to the amount, if any, of punitive damages:

## AMOUNT OF PUNITIVE DAMAGES

With respect to each of the questions below, you have already found, by answering "Yes" to each of Questions No. 17, 18, 19, 20, and 21 in the Jury Verdict Form, that Shannon Lumber Co. has proven by clear and convincing evidence that Richard Barrett acted in a manner that was reckless, intentional, fraudulent, or malicious.  The defendant is liable for punitive damages as to each such specific finding you made, and you must now answer an additional question.

The additional question you must now answer is, what amount of punitive damages, if any, do you award with regard to each specific finding of punitive damages liability you made against the defendant?

1

## EXEMPLARY/PUNITIVE DAMAGES QUESTIONS

**Question No. 22:**	Trade Secret Misappropriation

Having answered "Yes" to Question No. 17 in the Jury Verdict Form, what amount of punitive damages, if any, do you award?

$ _____

If damages were awarded in response to Question No. 22, are any of those damages duplicative of the damages, if any, awarded in response to any other verdict question on this Exemplary/Punitive Damages Verdict Form?

Yes ____        No ____

If so, state the amount of damages awarded in response to Question No. 22 that are duplicated and the Exemplary/Punitive Damages Verdict Form Question as to which they are duplicated.

$_____   (Question No. _____)

$_____   (Question No. _____)

$_____   (Question No. _____)

$_____   (Question No. _____)

2

**Question No. 23:**     Breach of Contract

Having answered "Yes" to Question No. 18 in the Jury Verdict Form, what amount of punitive damages, if any, do you award?

$ _____

If damages were awarded in response to Question No. 23, are any of those damages duplicative of the damages, if any, awarded in response to any other verdict question on this Exemplary/Punitive Damages Verdict Form?

Yes ____         No ____

If so, state the amount of damages awarded in response to Question No. 23 that are duplicated and the Exemplary/Punitive Damages Verdict Form Question as to which they are duplicated.

$ _____    (Question No. _____)

$ _____    (Question No. _____)

$ _____    (Question No. _____)

$ _____    (Question No. _____)

**Question No. 24:**     Breach of Common Law Fiduciary Duty/Duty of Loyalty

Having answered "Yes" to Question No. 19 in the Jury Verdict Form, what amount of punitive damages, if any, do you award?

$ _____

If damages were awarded in response to Question No. 24, are any of those damages duplicative of the damages, if any, awarded in response to any other verdict question on this Exemplary/Punitive Damages Verdict Form?

Yes ____        No ____

If so, state the amount of damages awarded in response to Question No. 24 that are duplicated and the Exemplary/Punitive Damages Verdict Form Question as to which they are duplicated.

$_____    (Question No. _____)

$_____    (Question No. _____)

$_____    (Question No. _____)

$_____    (Question No. _____)

4

**Question No. 25:**   Tortious Interference with Contract

Having answered "Yes" to Question No. 20 in the Jury Verdict Form, what amount of punitive damages, if any, do you award?

$ _____

If damages were awarded in response to Question No. 25, are any of those damages duplicative of the damages, if any, awarded in response to any other verdict question on this Exemplary/Punitive Damages Verdict Form?

Yes ____        No ____

If so, state the amount of damages awarded in response to Question No. 25 that are duplicated and the Exemplary/Punitive Damages Verdict Form Question as to which they are duplicated.

$_____   (Question No. _____)

$_____   (Question No. _____)

$_____   (Question No. _____)

$_____   (Question No. _____)

5

**Question No. 26:**     Unfair Competition

Having answered "Yes" to Question No. 21 in the Jury Verdict Form, what amount of punitive damages, if any, do you award?

$ _____

If damages were awarded in response to Question No. 26, are any of those damages duplicative of the damages, if any, awarded in response to any other verdict question on this Exemplary/Punitive Damages Verdict Form?

Yes ____     No ____

If so, state the amount of damages awarded in response to Question No. 26 that are duplicated and the Exemplary/Punitive Damages Verdict Form Question as to which they are duplicated.

$_____     (Question No. _____)

$_____     (Question No. _____)

$_____     (Question No. _____)

$_____     (Question No. _____)

Presiding Juror: _____ Date: _____

After the presiding juror signs, then each juror should also sign, indicating agreement to <u>each verdict</u> (i.e., each answer) in the verdict form.

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____