```
                 IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

| | |
|---|---|
| J.T. SHANNON LUMBER CO., INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No.  2:07-cv-02847-JPM-tmp |
| | ) |
| RICHARD BARRETT, | ) |
| | ) |
|     Defendant. | ) |

## SUPPLEMENTAL INSTRUCTION NO. 2
## RESPONSE TO JURY QUESTION

The jury has submitted the following question to the Court:

Question:  Are there any instructions on mitigation of damages by Plaintiff?

Answer:  Failure to mitigate damages is not asserted in this case.  Therefore, you need not be concerned with this theory.

    Remember, you are not to single out any particular part of the instructions and ignore the rest, but you are to consider all the instructions as a whole and regard each in the light of all the others.