```
              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| J.T. SHANNON LUMBER, CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 07-2847-JPM/tmp |
| ) | |
| RICHARD BARRETT, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 2, 2010, the Court referred Plaintiff J.T. Shannon Lumber Company, Inc.'s Motion for Rule 11 Sanctions and Sanctions Under 28 U.S.C. § 1927 to the Magistrate Judge for report and recommendation. (D.E. 288, 261.) The Magistrate Judge issued a report and recommendation on February 9, 2011, recommending that Plaintiff's motion for sanctions be denied. (See D.E. 400.)

The time for filing objections to the report and recommendation has expired. See Fed. R. Civ. P. 72. Upon de novo review, the Court ADOPTS the report and recommendation in its entirety.

SO ORDERED this 24th day of March, 2011.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE